**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
JUDGE RAYMOND P. MOORE**

| | |
|---|---|
| Courtroom Deputy:  Cathy Pearson | Date:  December 14, 2015 |
| Court Reporter:  Tammy Hoffschildt | Interpreter:  Susana Cahill |
| Probation Officer:  Paige Meador | |

**CASE NO.    15-cr-00300-RM**

| Parties | Counsel |
|---|---|
| UNITED STATES OF AMERICA, | Wayne Paugh |
| Plaintiff, | |
| v. | |
| 1.  EFRAIN HERNANDEZ-RUIZ, a/k/a Jorge Hernandez, | Matthew Golla |
| Defendant. | |

**COURTROOM MINUTES**

**SENTENCING HEARING**
**COURT IN SESSION:      11:04 a.m.**
Appearances of counsel.   Defendant is present and in custody.

Defendant entered his plea on September 21, 2015, to Count 1 of the Indictment.   The Court formally accepts the Plea Agreement at this hearing.

Discussion held regarding pending motions and objections.

Defendant orally moves for a one-level downward variance pursuant to the terms of the Plea Agreement.

Counsel for the Government addresses the Court regarding sentencing.

Defendant's counsel makes a statement on behalf of the defendant, offers information in mitigation of punishment, and comments on matters relating to the appropriate sentence.

Defendant addresses the Court regarding sentencing.

Statement by the Court regarding defendant's offense level, criminal history level and sentencing guidelines range.

**ORDERED:** Defendant's Motion for Variant Sentence Pursuant to 18 U.S.C. § 3553 (Doc. 26) is DENIED.

Court states its findings and conclusions.

**ORDERED:** Pursuant to the Sentencing Reform Act of 1984, it is the judgment of the Court that the defendant, EFRAIN HERNANDEZ-RUIZ, a/k/a Jorge Hernandez, is hereby committed to the custody of the Bureau of Prisons to be **imprisoned** for a term of **eight (8) months.**

**ORDERED:** Upon release from imprisonment, defendant shall be placed on **supervised release** for a period of **two (2) years.**

**ORDERED:** **Mandatory Conditions** of Supervised Release that:
- (**X**) Within 72 hours of release from the custody of the Bureau of Prisons, Defendant shall report in person to the probation office in the district to which the defendant is released.
- (**X**) Defendant shall not commit another federal, state or local crime.
- (**X**) Defendant shall not illegally possess controlled substances.
- (**X**) Defendant shall not possess a firearm, ammunition, or destructive device.
- (**X**) Defendant shall comply with standard conditions recommended by U.S. Sentencing Commission.
- (**X**) Defendant shall refrain from the unlawful use of a controlled substance.
- (**X**) Defendant shall cooperate in the collection of a DNA sample from the defendant as directed by the probation officer.
- (**X**) Mandatory drug testing provisions of 18 U.S.C. § 3583(d) are WAIVED because Defendant will likely be deported.

**ORDERED:** **Special Conditions** of Supervised Release that:
- (**X**) If Defendant is deported, he shall not re-enter the United States illegally. If Defendant re-enters the United States legally, he is to report to the nearest U.S. Probation Office within 72 hours of his return.

**ORDERED:** Defendant shall pay **$100** to **Crime Victim Fund** (Special Assessment), to be paid immediately.

**ORDERED:** **No fine** is imposed because defendant has no ability to pay a fine.

Defendant advised of right to appeal.

**ORDERED:** Any notice of appeal must be filed within 14 days.

**ORDERED:**  Defendant is REMANDED to the custody of the U.S. Marshal.

**Court in recess:**    **11:29 a.m.**
Hearing concluded.
Total time:              00:25